1  KAMER ZUCKER ABBOTT
   Gregory J. Kamer      #0270
2  Bryan J. Cohen       #8033
   3000 West Charleston Boulevard, Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel:    (702) 259-8640
4  Fax:    (702) 259-8646
   Email: GKamer@kzalaw.com
5  Email: BCohen@kzalaw.com

6  Attorneys for Defendants

7  DONATH & MEDRALA PROF. LLC
   Jakub P. Medrala      #12822
8  Nicolas R. Donath     #13106
   1091 S. Cimarron Road, Suite A-1
9  Las Vegas, Nevada 89145
   Tel:    (702) 475-8884
10 Fax:    (702) 938-8625

11 Attorneys for Plaintiffs

12                    UNITED STATES DISTRICT COURT

13                        DISTRICT OF NEVADA

14 JAROSLAW JASTRZEBSKI; ZACHARY        )   Case No. 2:14-cv-00250-GMN-CWH
   ENGLAND; DANIEL BERRO;               )
15 CHRISTOPHER OBERLE; SETH DUHY;       )
   ROBERT SMITH; SHANE ENGLE; JAMIE     )
16 EDELMAN; DANIEL MORRIS; DOUGLAS      )   **STATUS REPORT, STIPULATION**
   MCKEEVER; ASHLEY KELLY; ZACHARY      )   **AND REQUEST FOR FINAL**
17 MITCHELL; JOHNNY MITCHELL; TREVOR)       **APPROVAL OF COLLECTIVE**
   GOFF; and TAYLOR DOYLE, individually )   **ACTION SETTLEMENT**
18 and on behalf of others similarly situated, )
                                        )
19                   Plaintiffs,        )
                                        )
20 vs.                                  )
                                        )
21 DAVID COPPERFIELD; CHRISTOPHER       )
   KENNER; DAVID COPPERFIELD'S          )
22 DISAPPEARING INC., a Nevada Corporation; )
   BACKSTAGE EMPLOYMENT AND             )
23 REFERRAL, INC., a Nevada Corporation; and )
   IMAGINE NATION COMPANY, a foreign    )
24 corporation,                         )
                                        )
25                   Defendants.        )
   ─────────────────────────────────    )

26

27

28

The parties, by and through their respective counsel of record, hereby file their status report concerning the execution of the Parties' Collective Action Settlement Agreement ("Settlement"), and stipulate and request that this Court issue an Order granting final approval of the Settlement.  In support of this Status Report, Stipulation and Request, the parties state as follows:

1. Plaintiffs filed a Complaint in this Court on February 15, 2014 (Docket No. 1) alleging a collective action for unpaid wages under Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), *et. seq*.

2. Plaintiffs filed an Amended Complaint identifying eight (8) additional named plaintiffs on June 23, 2014 (Docket No. 22).

3. On June 27, 2014, Plaintiffs filed their Motion For Circulation of Notice of Pendency of This Action and Conditional Certification of Collective Action Under 29 U.S.C. § 216(B) (Docket No. 24).

4. On November 20, 2014, the Parties reached a settlement on the major issues of compensation and payment, and later on issues of language and implementation of the settlement agreement.

5. Thereafter, on February 18, 2015, the Parties filed a Joint Motion for Preliminary Approval of Settlement (Docket No. 37) setting forth the legal and factual basis for the Court's approval of the Settlement and the form of the notification to the collective action members.

6. Having determined that the Settlement was fair and reasonable under the law, the Court granted the Parties' Joint Motion for Preliminary Approval of Settlement on February 23, 2015 (Docket No. 38).  In doing so, the Court authorized the sending of notice to all collective action members in the form attached to the Settlement, and certified the collective action for settlement purposes.

7. Pursuant to the Settlement, on March 25, 2015, counsel for Defendants, as the Settlement Claims Administrator, mailed the approved notices to the fifty-five (55) designated collective action members via first-class mail, postage prepaid.  The Collective Action Notice

advised Collective Action Members that they could file an objection to the Settlement as long as the objection was post-marked by May 24, 2015. The Collective Action Notice also advised Collective Action Members that if they wanted to participate in the Settlement and receive money under the Settlement then they must fully and accurately complete, sign and date the claim form and mail it with a postmark date of no later than May 24, 2015 to the Claims Administrator (Defendants' counsel Kamer Zucker Abbott). The Claim Forms were pre-populated with the Settlement Award that the Claimant will receive related to the valid claim. The Collective Action Member's names and address were applied to each claim form.

8.      Of the 55 Claim Forms sent, 3 Notices were returned as undeliverable without a forwarding address.  Defendants' counsel subsequently used PeopleFind on Westlaw Next to determine a current address for those 3 Claimants.  New addresses were determined and the 3 Claim Forms were immediately re-mailed.  Of the 3 resent Claim Forms, 2 were subsequently submitted as valid claimants, and no further response has been received from the third.

9.      Defendants' counsel has received forty-seven (47) valid and timely Claim Forms, representing 85% of the total collective action membership.  Of the 47 Claim Forms, the total Settlement Award amount is $388,894.96.

10.     Defendants' counsel has not received any correspondence from individuals, who were not included in the Claimant List, requesting inclusion in the Settlement Class.

11.     Defendants' counsel has not received any Objection Requests or Exclusion Requests.

12.     A fairness hearing for the Court to reach a final determination about whether the proposed settlement should be approved as a fair, adequate, and reasonable resolution of the dispute has been scheduled for June 2, 2015.

13.     47 of the 55 collective action members filed valid/approved claim forms, with no one requesting to opt out, and no one objecting.  This positive response strongly favors final approval.

14.     As set forth in the Parties' Joint Motion for Preliminary Approval, the Settlement provides a fair and reasonable resolution of the dispute based on the Parties' relative strengths and weaknesses of their respective cases, the risks associated with litigation, and the settlement amount paid out to the collective action members.

WHEREFORE, the parties respectfully request that this Court issue an Order granting final approval of the settlement.  An Order Approving Collective Action Settlement has been submitted contemporaneously with this Stipulation.

DATED this 1st day of June, 2015.

DONATH & MEDRALA, PLLC                    KAMER ZUCKER ABBOTT

By:   /s/  Jakub P. Medrala              By:   /s/  Bryan J. Cohen
      Jakub P. Medrala        #12822           Gregory J. Kamer       #0270
      Nicolas R. Donath       #13106           Bryan J. Cohen         #8033
      1091 South Cimarron Road, Suite A-1      3000 West Charleston Blvd.,  Suite 3
      Las Vegas, Nevada 89145                  Las Vegas, Nevada 89102
      Tel:   (702) 475-8884                    Tel:   (702) 259-8640
      Fax:   (702) 938-8625                    Fax:   (702) 259-8646

      Attorneys for Plaintiffs                 Attorneys for Defendants