UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAROSLAW JASTRZEBSKI; ZACHARY ENGLAND; DANIEL BERRO; CHRISTOPHER OBERLE; SETH DUHY; ROBERT SMITH; SHANE ENGLE; JAMIE EDELMAN; DANIEL MORRIS; DOUGLAS MCKEEVER; ASHLEY KELLY; ZACHARY MITCHELL; JOHNNY MITCHELL; TREVOR GOFF; and TAYLOR DOYLE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID COPPERFIELD; CHRISTOPHER KENNER; DAVID COPPERFIELD'S DISAPPEARING INC., a Nevada Corporation; BACKSTAGE EMPLOYMENT AND REFERRAL, INC., a Nevada Corporation; and IMAGINE NATION COMPANY, a foreign corporation,<br><br>Defendants. | Case No. 2:14-cv-00250-GMN-CWH<br><br>**ORDER GRANTING FINAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT** |

The Parties' Stipulation for Final Approval of the Collective Action Settlement came on for hearing on June 2, 2015, in the above-captioned Court, the Honorable Gloria M. Navarro presiding. The Court having previously granted preliminary approval of the settlement on February 23, 2015, and setting a final approval hearing to determine whether the proposed settlement should be approved as a fair, adequate, and reasonable resolution of the dispute. The parties having fully briefed the issues regarding final approval, the cause having been heard, and the Court having granted final approval of the settlement, named-Plaintiffs enhancement, attorney's fees, litigation costs, and costs of administration,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT the Parties' Stipulation for Final Approval of the Collective Action Settlement, Award of Enhancement Payments to the Named Plaintiffs, and an Award of Attorney's Fees and Expenses is hereby GRANTED.

Date:  _____     _____
DISTRICT COURT JUDGE