Philip M. Hymanson
Nevada Bar No. 2253
Lars K. Evensen
Nevada Bar No. 8061
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 222-2525
Fax: (702) 823-0290
Email: pmhymanson@hollandhart.com
       lkevensen@hollandhart.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAROSLAW JASTRZEBSKI; ZACHARY ENGLAND; DANIEL BERRO; CHRISTOPHER OBERLE; SETH DUHY; ROBERT SMITH; SHANE ENGLE; JAMIE EDELMAN; DANIEL MORRIS; DOUGLAS MCKEEVER; ASHLEY KELLY; ZACHARY MITCHELL; JOHNNY MITCHELL; TREVOR GOFF; and TAYLOR DOYLE, Individually and on Behalf of All Other Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID COPPERFIELD; CHRISTOPHER KENNER; DAVID COPPERFIELD'S DISAPPEARING INC., a Nevada Corporation; BACKSTAGE EMPLOYMENT AND REFERRAL, INC., a Nevada Corporation; and IMAGINE NATION COMPANY, a Foreign Corporation,<br><br>Defendants. | Case No.: 2:14-cv-00250-GMN-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE DATE TO MOTION TO ENFORCE THE SETTLEMENT AGREEMENT, TO CONDUCT ADDITIONAL DISCOVERY AND FOR AN ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE**<br><br>**[FIRST REQUEST]** |

## **STIPULATION**

David Copperfild, Christopher Kenner, David Copperfield's Disappearing Inc., Backstage Employment and Referral, Inc. and Imagine Nation Company (collectively the "Copperfield Parties") by and through their attorneys of the law firm Holland & Hart, LLP and Plaintiffs Daniel Berro, Christopher Oberle, Seth Duhy, Shane Engle, Jamie Edelman, Daniel Morris, Douglas

McKeever, Ashley Kelly, Zachary Mitchell, Johnny Mitchell, Trevor Goff, and Taylor Doyle (collectively the "Named Plaintiffs") by and through their counsel The Medrala Law Firm, Prof., LLC:

**HEREBY STIPULATE:**

The parties have engaged in good faith discussions that may resolve this pending MOTION TO ENFORCE THE SETTLEMENT AGREEMENT, TO CONDUCT ADDITIONAL DISCOVERY AND FOR AN ORDER TO SHOW CAUSE WHY SANCTOINS SHOULD NOT ISSUE (the "Motion") Docket No. 44 in its entirety.

Under LR II 7-2(b), response to a Motion is due 14-days after the date of service. The Response would be due March 9, 2018. Therefore, this stipulation to continue the response date is timely before this Court.

For good cause shown herein, the Parties hereby stipulate to continue the Response date **from March 9, 2018, to March 20, 2018**. The dates thereafter shall comply with LR II 7-2(b).

**IT IS SO STIPULATED.**

DATED this 8th day of March, 2018.   DATED this 8th day of March, 2018.

By: ____/s/ Lars K. Evensen____
Philip M. Hymanson
Lars K. Evensen
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendants*

By: ____/s/ Jakub P. Medrala____
Jakub P. Medrala, Esq.
THE MEDRALA LAW FIRM, PROF, LLC
1091 S. Cimarron Road, Suite A-1
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 9, 2018